IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff § | |
| § No: 4:22-CR-00169 | |
| V § | |
| BAUDELAIRE IDRISS TCHOUALA § | |
| Defendant § | |

TO THE HONORABLE JUDGE BENNETT:

Counsel for Defendant Thomas files this Motion to Continue Sentencing and in support thereof would show the following:

I.

1. Counsel for Defendant requests this Honorable Court for a continuance for the following reason;

2. Sentencing is scheduled for April 25, 2024. Unfortunately, Counsel has pretrial conference/Docket Call on the same day in Corpus Cristy in cause number 2:22-CR-00652, US v. Toledo.

3. Counsel has discussed sentencing with Mr. Tchoula and the possible sentence. Further, counsel has reviewed the PSI and sentencing guidelines with the defendant.

4. Counsel asked for a continuance because of the above conflict.

Any delay in the proceedings would be justified as the ends of justice served by continuing the present case outweigh the best interests of the public and the defendant in a speedy trial.

II.

As of the time of this filing, undersigned counsel has conferred with Mr. Ramirez of the United States Attorney's Office, the Assistant United States Attorney assigned to this case, who does not oppose this continuance.

III.

Wherefore, premises considered, Counsel for Defendant respectfully requests that Mr. Tchoula's sentencing be continued for thirty (30) days.

        Respectfully submitted,

        Akpaffiong & Associates, PC

        By: */s/ Bassey Akpaffiong*
        19901 Southwest Freeway, Suite 213
        Sugar Land, Texas 77478
        TEL. 281.360.6602
        FAX. 866.868.5585
        State Bar No. 240006745

## CERTIFICATE OF SERVICE

I hereby certify that on or about the 19th day of April, I electronically filed the foregoing document using the Electronic Case Filing (E.C.F.) system of the Court.

        */s/ Bassey O. Akpaffiong*

## CERIFICATE OF CONFERENCE

I have contacted the offices of AUSA Ramirez concerning the filing and granting of this Motion.  Mr. Ramirez does not oppose the filing and/or granting of this motion.